IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT NALL III, TAMMIE AKIN, )
and WICKLIFF MOORE, JR., )
                                )
     Plaintiff,                  )        No. 3:12-cv-00745
                                )        Chief Judge Haynes
v.                               )
                                )
HOWARD INDUSTRIES, INC., )
d/b/a A to Z MUNI-DOT COMPANY, )
                                )
     Defendants.            )

# ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to transfer (Docket Entry No. 8) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the 28th day of November, 2012.

                                       WILLIAM J. HAYNES, JR.
                                       Chief Judge
                                       United States District Court