IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SCOTT NALL III, TAMMIE AKIN, )
and WICKLIFF MOORE, JR., )
 )
    Plaintiff, ) No. 3:12-cv-00745
 ) Chief Judge Haynes
v. )
 )
HOWARD INDUSTRIES, INC., )
d/b/a A to Z MUNI-DOT COMPANY, )
 )
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendant's motion to transfer (Docket Entry No. 8) is **DENIED**.

It is so **ORDERED**.

ENTERED this the ___ day of November, 2012.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court